# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN CAFFEY,<br>    Plaintiff,<br><br>v.<br><br>GRAND RIVER DAM POLICE DEPARTMENT,<br>CHEROKEE NATION DISTRICT COURT,<br>and<br>ROBBINS WRECKER SERVICE,<br><br>    Defendants. | Case No. CIV-25-216-RAW-JAR |

## ORDER

Before the court is the Findings and Recommendation ("F&R") issued by Magistrate Judge Jason A. Robertson, recommending that this action be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B) and Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [Docket No. 12]. Also before the court is Plaintiff's objection, titled "Master Amended Objection to Defendants' Characterization of Claims, Clarification of Statutory Exemptions, and Supplemental Rebuttals" [Docket No. 13].*

The F&R opines, *inter alia*, that Plaintiff's claims are dominated by hallmarks of the "sovereign citizen movement" which is wholly incompatible with the rule of law, that Plaintiff has failed to state a claim that is plausible on its face, that he lacks Article III standing, that the Cherokee Nation District Court is entitled to immunity, and that the *Younger* abstention doctrine is applicable. Ultimately, Magistrate Judge Robertson opines that Plaintiff's claims are frivolous

---

* Plaintiff appears to have mistakenly taken the F&R as a filing by the Defendants in this case.

under § 1915(e)(2)(B) and that amendment would be futile. Plaintiff argues, *inter alia*, that his claims are not frivolous, that his claims are supported by law, and that he is expressly exempt from certain state licensing and registration requirements. None of the citations provided by Plaintiff support his position.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action . . . fails to state a claim on which relief may be granted." Moreover, as noted by Magistrate Judge Robertson, under § 1915(e)(2)(B), the court is required to dismiss meritless claims.

The court has reviewed the Complaint, the F&R, and Plaintiff's objection. The court finds that the F&R is well-supported by the prevailing authority. Magistrate Judge Robertson correctly determined that this action must be dismissed with prejudice. Accordingly, the F&R [Docket No. 12] is hereby affirmed and adopted as this court's Findings and Order. This action is hereby dismissed with prejudice.

**IT IS SO ORDERED** this 5th day of September, 2025.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**